**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David Normann,<br><br>  Plaintiff,<br><br>v.<br><br>Raedon Enterprises, Inc., et al.,<br><br>  Defendants. | NO. CIV 06-2934-PHX-SMM<br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation for Dismissal between Plaintiff David Norman and Defendant Raedon Enterprises Inc. (Doc. 8) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing with prejudice Defendant Raedon Enterprises Inc. from this matter with each settling party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this matter for the sole purpose of enforcing the Settlement Agreement entered into between the settling parties, in the event either party claims that the other party has breached said agreement.

DATED this 19th day of April, 2007.

_____
Stephen M. McNamee
United States District Judge